# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| IN RE: YASMIN AND YAZ ) | |
| (DROSPIRENONE) ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | |

_____

**This Document Relates to:**

*Petra Asel v. Bayer Corp., et al.* No. 3:10-cv-12527-DRH-PMF

*Lauren Baker v. Bayer Corp., et al.* No. 3:10-cv-12644-DRH-PMF

*Ashley Blackard v. Pharmaceuticals, Inc., et al.* No. 3:10-cv-12230-DRH-PMF

*Shawna Carter v.Bayer HealthCare Pharm/, Inc.*, et al. No. 3:10-cv-13225-DRH-PMF

*Vanessa Cervantes v.Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-13014-DRH-PMF

*Autumn Dickson v. Bayer Corp., et al.* No. 3:10-cv-12921-DRH-PMF

*Ashley Flynt v.Bayer HealthCare Pharm., Inc., et al.*No. 3:10-cv-12485-DRH-PMF

*Tanya Lynch v. Bayer Corp.*, et al. No. 3:10-cv-12626-DRH-PMF

*Ellen Miller v. Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-10813-DRH-PMF

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing these cases with prejudice entered by this Court on July 28, 2011, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**

                                      **BY:**      /s/*Sandy Pannier*
                                                      **Deputy Clerk**

Dated: July 28, 2011

APPROVED: _David R. Herndon_ (Digitally signed by David R. Herndon, Date: 2011.07.28 16:09:21 -05'00')
                CHIEF JUDGE
                U. S. DISTRICT COURT